## STATE v. DECASTRO

No. 221A93-2

Case below: Johnston County Superior Court

Petition by defendant for writ of certiorari allowed 8 July 1998 for the limited purpose of remanding this case to the Superior Court,

Johnston County, for reconsideration of defendant's motion for appropriate relief in light of this Court's opinion in *State v. Bates*, 348 N.C. 29.